### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Sarah J. Burgess,                                                 Case No. 3:13CV295

       Plaintiff

      v.                                                   **ORDER**

Carolyn W. Colvin,
       Acting Commissioner of Social Security,

       Defendant

       This is an appeal from the denial of plaintiff Sarah J. Burgess's application for Child's Insurance Benefits.

       Now before me is the Magistrate Judge's Report and Recommendation (R&R), which found no basis for disturbing the Commissioner's decision that plaintiff is not entitled to benefits. (Doc. 18). Plaintiff has not objected to the R&R.

       I have reviewed the R&R and concur with the Magistrate Judge's determination that plaintiff's request for a sentence-six remand, *see* 42 U.S.C. § 405(g); *Ferguson v. Comm'r of Soc. Sec.*, 628 F.3d 269, 276 (6th Cir. 2010), lacks merit.

       It is, therefore, ORDERED THAT

       1.        The Magistrate Judge's R&R (Doc. 18) be, and the same hereby is adopted as the

      order of this Court;

2.     The Commissioner's decision denying plaintiff's application for benefits be, and the same hereby is affirmed; and

3.     Plaintiff's complaint (Doc. 1) be, and the same hereby is dismissed with prejudice.

So ordered.

                                      /s/ James G. Carr
                                      Sr. U.S. District Judge